

City of **Chicago**  The City of Chicago's Official Site

November 26, 2012

# Statement from Mayor Emanuel Supporting A Moratorium on CPS Facility Closures to Bring Stability to Chicago's Schools and Communities

English
中文
Polski
عربي

Mayor's Press Office    312.744.3334

"We know that our city has a significant number of schools that are underutilized, stretching resources thin and not giving every student a quality education. In the past, there has been too much uncertainty around changes to our schools: year after year, Chicago Public Schools did not do an adequate job of engaging communities in these critical decisions, and year after year students, families and communities were left wondering of what was to come. That ends this year. With the Commission CPS CEO Byrd-Bennett has appointed, Chicagoans will be involved in the conversation about any changes to our district this year; and after this year, I have directed CPS to implement a moratorium on CPS facility closures, ending unnecessary disruption to students and parents and bringing stability to our schools."

###