
PLAINTIFF'S EXHIBIT B-1

# OPINION

All Sections

Home > Featured Articles > **Chicago Public Schools**

## Our responsibility to Chicago's youngest generation

May 22, 2013 | By Rahm Emanuel

Every elected official loves nothing more than to open a new school, a new library or a new park. But the demands of elected office require doing more than what we "like" doing. The oath that we take to serve residents and build a better future for our city requires bringing about tough but essential change.


Mayor Rahm Emanuel and Chicago Public Schools CEO Ba...

Ads By Google

### Troubled Teen Summer Camp

Recovery, school, fun activities, w better behavior & drug free life!

www.inspirationsyouth.com/SummCamp

I know many of these changes are unpopular and if I did not believe they were absolutely necessary, I would not be making them. Whether it is in adding time to the school day or consolidating schools so that every child, in every community, can receive a quality education, I am driven by my conviction that these changes will open doors to our children's future. Each

of us has responsibilities to meet and if I were not advocating these changes, I would not be meeting mine as mayor.

I was reminded of these responsibilities earlier this month when I visited Funston Elementary School in Logan Park and taught a sixth-grade civics class. Every morning Funston students recite a pledge, listing not only their rights as members of the school community but also their responsibilities to the school and to one another. We can all take a lesson from the Funston student body and make a pledge as residents that if we believe in our children's right to the best possible education, then we must live up to the responsibilities essential to securing it, even when that means making difficult changes.

Can we truly say we are living up to that highest responsibility when year after year our schools suffer not just a financial deficit, but more important, an educational deficit?

We can all agree that facing up to these responsibilities means opening the door of educational opportunity earlier in a child's life so her education begins at kindergarten and not the first grade. It means providing children a full day of learning that includes additional time for core subjects as well as enrichment classes. It means setting a child's goal from the very start so that his education will continue to college. Parents have been demanding these changes for years. Chicago held back a generation of children by holding back on necessary education reforms.

Today, we are not only breaking with the past, we are choosing a different future for our children. While other cities cut out early childhood education, we are adding 5,000 extra prekindergarten seats over the next three years and, for the first time, every child will attend kindergarten for a full school day.

With a full school day, every child will benefit from core curriculum classes as well as enrichment courses, and teachers will no longer have to make a false choice between math and music, reading and recess algebra and the arts. We are doubling our planned investment in Chicago Public Schools arts education, doubling the number of summer jobs for teens, adding a 30 percent additional investment in after-school programs and giving parents more choices so they can find a school that is the right fit for their child, from STEM (science, technology, engineering and math) magnet schools, to international baccalaureate schools, to military schools.

Ads By Google

### Want To Do An MBA?

High Value, Low Debt. Scholarships Available This Fall. Apply Online!

mba.missouri.edu

We are starting to see these profound changes. CPS reached a record 61 percent graduation and 60 percent college enrollment rate last year, a milestone that is not good enough by any means, but is a signal that we are heading in the right direction. Also, this year, CPS has 35 Gates Millennium Scholarship winners, the most of any city in the country.

We are also seeing the fruits of reform with our Colleges to Careers program, which links City Colleges of Chicago with leading companies to train students in the skills necessary for jobs in Chicago's high-growth fields.

We know there are many more difficult challenges we must make if we are to provide all of our children with the education they deserve.

I do not doubt the sincerity of those who take issue with the changes that must be made. But I also know that some people are standing in the way of reform because it serves their interest. When 56 percent of African-American males in Chicago do not graduate from high school, and when underperforming students are trapped in under-resourced schools, the status quo is not in our children's best interest. We must take action.

If we live up to our responsibilities as adults and bring the change our students need, I know they will live up to their great promise, and so will our great city.

*Rahm Emanuel is the mayor of Chicago.*

Ads By Google

### Troubled Teen Summer Camp

Discount on Summer Camp for Substance Abuse Behavioral Problem

www.inspirationsyouth.com/SummCamp

### Featured Articles



Decoding the diabetic diet



Michael Jordan marries longtime girlfriend



An easier way to go

MORE:

Steps can be taken to relieve or prevent night leg cramps

Alarms should sound on deal

Can you solve the 'when to buy' conundrum?

Former NBA player Blaylock off life support, still critical

Rolling Stones concert review at United Center

Try A Sample Mensa Test

Ads By Google



# WBEZ91.5

Published on *WBEZ 91.5 Chicago* (http://www.wbez.org)
Source URL: http://www.wbez.org/news/emanuel-cps-school-closures-not-taken-lightly-must-be-done-106253

## Emanuel: CPS school closures 'not taken lightly,' but must be done

March 23, 2013

Chicago Mayor Rahm Emanuel said Saturday the decision to launch the largest single round of school closures in American history was "not taken lightly" but had to be done, and he dismissed claims the closures are racially motivated as "schoolyard taunts."

Emanuel made his first public comments about the city's school closure plan Saturday afternoon. Chicago Public Schools officially released a list of 54 schools slated for closure on Thursday, when the mayor was out of town on a family ski trip.

In his absence, news of CPS' plan to shutter a record number of public schools by next year has drawn threats of civil unrest from the Chicago Teachers Union and outcry from many parents concerned about their kids having to cross busy streets or navigate new gang territories to get to class.

"This is very difficult, a lot of anguish, and I understand that and I appreciate it," Emanuel said. "But the anguish and the pain that comes … from making the change is less, or minimal, in my view, or pales compared to the anguish that comes by trapping children in schools that are not succeeding."

All told, 128 Chicago Public Schools face complete closure or other actions, including consolidation and "turnaround," when low-performing schools have their entire staffs fired and new ones brought in. That's four times the number of school shakeups Chicago has ever tried to undertake in a single school year, and the actions disproportionately affect black students.

According to a WBEZ analysis, 87 percent of schools that are being closed or having their buildings vacated are majority African-American. In total, 80 percent of kids affected by closures and other shakeups are black. About 42 percent of CPS students are African-American.

On Saturday Emanuel brushed off accusations from the head of the Chicago Teachers Union that the closure policy is racist.

"I'm not interested in throwing terms around, or schoolyard taunts," he said. "I'm interested in making sure that the schools are achieving what they're set up to do: a high-quality education."

The district has said the shakeups will save about $43 million a year, plus another $560 million in capital costs over the next decade that it won't have to spend fixing dilapidated buildings. But in tandem with the projected savings, district officials are also planning to spend $233 million

next year on new air conditioners, iPads, books and libraries for schools that will take in the tens of thousands of displaced students.

But the closure plan is primarily aimed at getting kids out of schools marked as low-performing or underutilized, not about saving money, Emanuel said.

"[We] did not look at this decision as numbers on a spreadsheet," he said. "We looked at it, and viewed it [as], 'What do we need to do to make sure that every child has a high-quality education in the city of Chicago?'"

The mayor also defended his decision to be on vacation when the controversial school closings were first announced.

"I had a family trip planned. Took it. You are not far, ever, from your office, and I was on the phone and emailing with my office regularly," he said, adding he talked frequently with CPS CEO Barbara Byrd-Bennett and other staffers.

Chicago Public Schools is planning to hold more than 150 public community meetings before the school board takes a final vote on its shakeup plan, which could occur at its May 22 meeting.

www.chicagotribune.com/news/local/breaking/chi-emanuel-on-school-closures-investing-in-quality-education-20130323,0,628728.story

PLAINTIFF'S EXHIBIT B-3

# chicagotribune.com

## Emanuel on school closures: 'Investing in quality education'

By Bridget Doyle

Tribune reporter

5:48 PM CDT, March 23, 2013

Speaking publicly for the first time since Chicago Public Schools announced that more than 50 schools are to close, Mayor Rahm Emanuel said the motive behind the plan is to ensure that all children in Chicago receive a quality education.

Emanuel faced media Saturday afternoon during an unrelated press conference in the Pullman neighborhood. The mayor spoke softly and calmly when focus shifted to the CPS controversy that took place while he was on a family skiing vacation in Utah.


advertisement
PAINT
SHE WILL ~~LOSE~~ PAINT HER HOUSE IN TWO WEEKS.
TOGETHER, WE CAN CHANGE THE STORY.
LIVE UNITED
United Way of Metropolitan Chicago
LEARN MORE »

"The decision to deal with the 54 schools was not taken lightly but it was taken with the notion of 'How do we make sure that every child can get to a quality school with a quality education?' Because you do not get a repeat on this," Emanuel said. "And for too long we have not been able to do that for every child in the city of Chicago and for all of the families."

Emanuel called education as "the great equalizer" and said the decisions behind the school closures all pointed back to equal education opportunities for children in Chicago.

"We have to make sure we are investing in quality education. This is very difficult and there's a lot of anguish -- I understand that and I appreciate it," he said.

Emanuel said the backlash from closing the schools pales compared to the anguish that comes from "trapping children in schools that are not succeeding."

When asked why he decided to close all of the schools at once, Emanuel said he and other decision-makers did not view the closures as "numbers on a spreadsheet."

Emanuel acknowledged the strong language used by members of the Chicago Teachers Union in the wake of school closures, and said he's not interested in "schoolyard taunts."

"I'm interested in making sure the schools are achieving what they're set up to do," he said.

In response to concerns from parents about children being forced to cross gang lines when they attend their new schools, Emanuel said the budget for the Safe Passage initiative, a CPS program designed to help children get to and from school safely, will be doubled in the next year.

The mayor also said high schools, because of safety concerns, were not included in the school closure discussions.

"There are investments, and the Chicago Police Department was intimately a part of this review about increased resources both in the school as a safety perspective and cameras around the school from a safety perspective," Emanuel said.

*bdoyle@tribune.com*

Copyright © 2013 Chicago Tribune Company, LLC

Get the latest kid-friendly news!  DNAinfo Chicago

Food & Drink Updates

DNAinfo Chicago
(http://www.dnainfo.com/chicago/)



LOG IN (//WWW.DNA... IN)

SIGN UP (//WWW.DNAINFO.COM/CHICAGO/ACCOUNT/SIGN-IN)

Chicago (Http://Www.Dnainfo.Com/Chicago)    Education (Http://Www.Dnainfo.Com/Chicago/Topics/Education)

## Rahm Emanuel on CPS School Closings: 'Status Quo is Unacceptable'

 (http://www.dnainfo.com/about-us/our-team//erica-demarest)   By **Erica Demarest** (/about-us/our-team//erica-demarest) on April 4, 2013 5:32pm
@ericademarest (http://twitter.com/ericademarest)

DUNNING — Despite citywide protests (http://www.dnainfo.com/chicago/20130327/loop/cps-school-closings-protestors-plan-for-150-arrests) and allegations of racism (http://www.dnainfo.com/chicago/20130403/chicago/charges-that-cps-school-closings-are-racist-affront-me-ceo-says), Mayor Rahm Emanuel (http://www.dnainfo.com/chicago/people/rahm-emanuel) stuck to his guns Thursday as he talked about the proposed closure of 54 Chicago public schools.

"The status quo is unacceptable," Emanuel said at a news conference at Wilbur Wright College. "The status quo is failing way too many kids. It can't be met with silence. It has to be met with action."

Chicago Public Schools (http://www.dnainfo.com/chicago/tags/chicago-public-schools) announced March 21 plans to shutter 54 city schools (http://www.dnainfo.com/chicago/20130321/chicago/cps-school-closings-list). In all, 11 schools would be merged, 61 "underutilized" buildings would be closed, and as many as 30,000 students and 1,000 teachers would be affected.

"I understand this is very difficult, and I understand how emotional people can get," Emanuel said. "But I also believe people can get very emotional about a drop-out rate of 56 percent."

According to Emanuel, 56 percent of black male CPS students drop out before completing high school.

"We need to bring a change to ensure that every child — regardless of zip code, regardless of circumstance, regardless of background — has an opportunity," Emanuel said.

Emanuel's comments mirror those made by CPS CEO Barbara Byrd-Bennett (http://www.dnainfo.com/chicago/people/barbara-byrd-bennett) at a Chicago Board of Education meeting Wednesday.

"I've never felt more certain about the need to take action," she said (http://www.dnainfo.com/chicago/20130403/chicago/charges-that-cps-school-closings-are-racist-affront-me-ceo-says/slideshow/368096). "When the status quo is not working, change is inevitable."

Emanuel said he stood with Byrd-Bennett "100 percent, hand in glove."

"What I won't accept, is when people [who are protesting the closures] are asked, 'What's your alternative? What's your idea?' — and there's silence," Emanuel said. "The answer cannot be silence."

"I'm not interested in insults," the mayor continued. "I'm interested in ideas. Silence is not an idea."

He said merging underutilized schools with their higher-performing counterparts will "maintain and improve on the quality of education because [the receiving schools] have had the results to prove it."

In 2012, only 61 percent of all CPS students graduated high school, Emanuel said. That number was a record high for the city.

"I'm not satisfied" with 61 percent, Emanuel said. "It's incumbent upon all of us, as adults, to give children a quality education."

*Related Items*   Barbara Byrd-Bennett (Http://Www.Dnainfo.Com/Chicago/People/Barbara-Byrd-Bennett)   Rahm Emanuel (Http://Www.Dnainfo.Com/Chicago/People/Rahm-Emanuel)   Wilbur Wright College (Http://Www.Dnainfo.Com/Chicago/Places/Wilbur-Wright-College)   Chicago Public Schools (Http://Www.Dnainfo.Com/Chicago/Tags/Chicago-Public-Schools)   CPS (Http://Www.Dnainfo.Com/Chicago/Tags/Cps)   Cps School Closings (Http://Www.Dnainfo.Com/Chicago/Tags/Cps-School-Closings)

PLAINTIFF'S EXHIBIT B-5




June 7, 2013

## HUFFPOST CHICAGO

# Rahm Emanuel On School Closings: Chicago Mayor Defends Action As Tough But Needed

By SARA BURNETT 03/23/13 05:09 PM ET EDT **AP**



Chicago Mayor Rahm Emanuel speaks during a policy discussion at the Center for American Progress in Washington, DC, on January 14, 2013. (SAUL LOEB/AFP/Getty Images)

CHICAGO -- Mayor Rahm Emanuel responded Saturday to widespread criticism of his plan to close 54 Chicago Public Schools, saying he wasn't interested in doing what was politically easy and that the pain of the closings doesn't compare to the anguish of "trapping" kids in failing schools.

"If we don't make these changes, we haven't lived up to our responsibility as adults to the children of the city of Chicago," Emanuel said in his first public statements since Thursday's announcement. "And I did not run for office to shirk my responsibility."

Emanuel was out of town when his schools chief, Barbara Byrd-Bennett, announced the closings. It is the largest number of CPS schools to be shuttered in a single year, and officials say it will affect some 30,000 students in the nation's third-largest school district.

The long-awaited announcement angered many parents, teachers, lawmakers and community members, who say it disproportionately affects minority neighborhoods. Opponents also argue the closings will endanger children who may have to cross gang boundaries to get to a new school, and will eliminate facilities that are considered anchors in some struggling communities.

Opponents protested outside of several schools on Friday, and the Chicago Teachers Union and other organizations are planning a march Wednesday in downtown Chicago.

Parent Yolanda Harris called the plan "unfair" and said she was starting to second-guess her decision to vote for Emanuel for mayor. Her four children attend Dumas Technology Academy, which is slated to be closed.

"It's not to say (Emanuel) is a bad person, but I'm saying I don't agree with a lot of the decisions he's making," said Harris, who protested outside the South Side school Friday with other parents. "He's making big mistakes."

The mayor and Byrd-Bennett say the closings are necessary to address a $1 billion budget shortfall and because many CPS schools are half-empty, failing academically and in need of repair. They say the plan will save the district $560 million over 10 years in capital costs and an additional $43 million per year in operating costs.

Emanuel said Saturday the closings will allow the district to invest money in improving the remaining schools. And while he knows the closings will be difficult, he said every child deserves a high-quality education, regardless of where they live.

"You do not get a repeat on this," he said.

The vast majority of the 54 schools are in overwhelmingly black neighborhoods that have lost residents to the suburbs and elsewhere in recent years. Chicago's black population dropped 17 percent in the last census. The other few schools are majority Hispanic or mixed black and Hispanic. Overall, 91 percent of students in the district's 681 schools are minorities.

Emanuel also responded to criticism from the teachers union and others about being out of town on vacation when the announcement was made. He said he was in frequent contact with Byrd-Bennett throughout the day Thursday, and that he has been and will continue to be engaged in the process.



Register for free | Login



# Emanuel won't rule out property tax, class size hikes as pension problem looms

By Fran Spielman and Lauren FitzPatrick Staff reporters June 5, 2013 5:17PM

Updated: June 5, 2013 9:38PM

Mayor Rahm Emanuel on Wednesday defended his failed attempt to ease pension payments bearing down on the Chicago Public Schools and did not rule out increases in property taxes or class sizes after coming up empty-handed.

The surprise bill rejected by the Illinois General Assembly would have extended for two more years a so-called pension "holiday" that allowed CPS to pay just $196 million into the teachers' retirement fund this year.

Those annual payments are scheduled to balloon to more than $612 million next year. But the failed bill would have eased those obligations — to $350 million next year and $500 million in 2015.

Gov. Pat Quinn warned that he wouldn't sign the Chicago school bill unless it was part of comprehensive pension reform. The Legislature subsequently adjourned without addressing either issue.

On Wednesday, Emanuel was asked whether a $1 billion school budget deficit could be eliminated without yet another up-to-the-limit property tax increase.

"The Chicago Public Schools is working through the issues. I can't tell you today what their budget's gonna be line-by-line. I know that the first priority is to protect the classroom and to protect our children's education and to also find savings — as we have to pay for a full day of kindergarten — through administrative savings, as we have from Day One," he said.

What about class size, which according to the contract with the Chicago Teachers Union, limits classrooms to 28 students for primary grades and 31 in upper elementary grades and high school?

"I just said, to protect the classroom," he said.

Emanuel noted that his handpicked school team has already cut $600 million in administrative costs and that he passed two city budgets without raising property taxes.

"My goal is to make sure we get pension reform and continue to look through every part of the administrative and central office to find savings, so we don't have to ask people for more," he said.

Chicago Public Schools says it faces a $400 million increase in annual pension payments and is trying to avoid cuts to the classroom.

It released draft budgets to its principals Wednesday that, for the first time in Chicago, allocate money to schools based on the number of students rather than on school-specific programs and staff formulas. The district says it will likely use a one-time source of revenue from the county and state to avoid eliminating teachers and student programs.

Under what's called "student-based budgeting" in education circles, principals can determine how to spend $4,429 for each kindergartner through 3rd grader, $4,140 for each 4th through 8th grader and $5,029 for each high school student, according to CPS. That's in contrast to the district's old formula of providing a classroom teacher for every 28 students in kindergarten through 3rd grade, and for every 31 students in 4th grade and up, and an assistant principal, art or music teacher and librarian or gym teacher for every 750 students.

The Chicago Teachers Union estimates job losses of some 150 to 350 teachers out of the nearly 2,000 teachers working in the 48 schools the district will shutter in June, according to union vice president Jesse Sharkey. That projection doesn't account for additional job cuts that could come about from miscalculations in this new style of budgeting, he said.

CPS spokeswoman Rebecca Carroll said she didn't yet know how many teachers could lose their jobs, pointing to the CTU contract which allows the highest rated teachers to be transferred to their students' new schools if open positions exist.

"Therefore, per the contract agreement, there will be a number of teachers who won't qualify to follow students," she wrote in an email. "Until principals finalize their budgets and staffing plans sometime in July, we won't know how many teachers will actually follow their students."

© 2011 Sun-Times Media, LLC. All rights reserved. This material may not be copied or distributed without permission. For more information about reprints and permissions, visit www.suntimesreprints.com. To order a reprint of this article, click here.