IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANDI SWAN, on behalf of herself and her son, I.O, DENISE BURNS, on behalf of herself and her daughter, V.B., FELICIA BRADLEY, on behalf of herself and her son, C.B., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF EDUCATION OF THE CITY OF CHICAGO, BARBARA BYRD-BENNETT, Chief Executive Officer, and CITY OF CHICAGO,<br><br>Defendants. | Case No. 13-cv-3623<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat-Brown |

## DECLARATION OF KRISTINE MAYLE

Pursuant 28 U.S.C. § 1746. I, Kristine Mayle, state as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts in this declaration.

2. I have a Bachelor's Degree in English and a Master's Degree in Teaching from DePaul University.

3. I currently hold both Elementary Education and Special Education teaching certificates with the Illinois State Board of Education.

4. I have been the Financial Secretary of the Chicago Teachers Union since the summer of 2010. In that capacity, I have worked and continue to work closely with teachers and Board of Education administrators regarding the day-to-day operations of Chicago Public Schools ("CPS").

5. My position also requires me to stay up to date with what is happening to teachers in their jobs and to have detailed knowledge of the rules, regulations, and policies related to special education, both legally and practically in CPS.

6. Prior to my current position, I was a CPS Special Education teacher for four years.

7. Because of my experience with CTU and as a Special Education teacher, I am familiar with all aspects of individualized education plains ("IEPs").

8. Normally, an IEP does not account for or address special education students' academic and emotional setbacks likely caused by school closings.

9. To my knowledge, CPS special education students' current IEPs are these standard types of IEPs, so they do not account for any of the above issues in relation to the 2013 school closings.

10. To change a student's IEP, his or her IEP team must all get together to meet and work out the new IEP.

11. No teacher, counselor, social worker, or other member of an IEP team can draft an IEP that requires a school not to be closed.

12. No IEP can rectify all of the academic and emotional injury that school closings likely cause, nor can it prevent special education students from losing social and academic skills they had gained through their special education programs prior to a school closing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on 6/7/13

*Kristine Mayle*
Kristine Mayle