**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Mandi Swan, et al.
                               Plaintiff,

v.                                                    Case No.: 1:13–cv–03623
                                                          Honorable John Z. Lee

Barbara Byrd–Bennett, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 10,2013:

      MINUTE entry before Honorable John Z. Lee: Pursuant to the stipulation of dismissal [150] filed, this case is dismissed with prejudice with each party to bear its own costs and fees. Civil case terminated. Mailed notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.